AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _Massachusetts_

Howard Kaplan

V.

Wend Management, Inc.,
Wendy's Old Fashioned
Hamburgers of New York

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 10856 MEL

TO: (Name and address of Defendant)

Wend Management Inc.
30 Turnpike Road, Unit #1
Westborough, MA 01581

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shannon Liss-Riordan, Esq.
Rebecca G. Pontikes, Esq.
Pyle, Rome, Lichten & Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, Ma 02108

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

_signature_
(By) DEPUTY CLERK

APR 29 2004
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

05/04/2004    MAY 05 2004

I hereby certify and return that on 05/03/2004 at 11:35am I served a true and attested copy of the Summons and Complaint request for compensatory and consequent to aid damages in this action in the following manner: To wit, by delivering in hand to BRIAN FRESKA, agent, person in charge at the time of service for WEND MANAGEMENT INC. at 30 TURNPIKE RD #1, WESTBOROUGH, MA. Fees: Service 30.00, Travel 16.32, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $56.82

Deputy Sheriff Michael J Ahearn

_____
**Deputy Sheriff**

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                        Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.