UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD KAPLAN,<br><br>Plaintiff,<br><br>v.<br><br>WEND MANAGEMENT, INC.,<br>WENDY'S OLD FASHIONED<br>HAMBURGERS OF NEW YORK,<br><br>Defendants. | CIVIL ACTION NO. 04-10856MEL |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Wend Management, Inc. and Wendy's Old Fashioned Hamburgers of New York in the above-entitled action.

                                             WEND MANAGEMENT, INC. and
                                             WENDY'S OLD FASHIONED
                                             HAMBURGERS OF NEW YORK,

                                             By their attorneys,

                                             /s/ Gary M. Feldman
                                             Gary M. Feldman
                                             BBO #162070
                                             **DAVIS, MALM & D'AGOSTINE, P.C.**
                                             One Boston Place
                                             Boston, MA 02108
                                             (617) 367-2500

Dated: May 6, 2004