UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD KAPLAN,<br><br>        Plaintiff,<br><br>v.<br><br>WEND MANAGEMENT, INC.,<br>WENDY'S OLD FASHIONED<br>HAMBURGERS OF NEW YORK,<br><br>        Defendants. | )<br>)<br>)   CIVIL ACTION NO. 04-10856MEL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Wend Management, Inc. and Wendy's Old Fashioned Hamburgers of New York in the above-entitled action.

                                                WEND MANAGEMENT, INC. and
                                                WENDY'S OLD FASHIONED
                                                HAMBURGERS OF NEW YORK,

                                                By their attorneys,

                                                _/s/ Kathryn Connors Soderberg_
                                                Kathryn Connors Soderberg
                                                BBO #653978
                                                **DAVIS, MALM & D'AGOSTINE, P.C.**
                                                One Boston Place
                                                Boston, MA 02108
                                                (617) 367-2500

Dated: May 6, 2004