AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The _____ District of _____ Massachusetts

Howard Kaplan
V.

Wend Management, Inc.,
Wendy's Old Fashioned
Hamburgers of New York

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 10856 MEL**

TO: (Name and address of Defendant)

Wendy's Old Fashioned Hamburgers of New York
4288 W. Dublin Granville Road
Dublin, OH 43017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shannon Liss-Riordan, Esq.
Rebecca G. Pontikes, Esq.
Pyle, Rome, Lichten and Ehrenberg, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE: APR 29 2004

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-11-04 |
| NAME OF SERVER (PRINT) Craig C. Rau | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served residentially to Wendy's at 4288 W. Dublin Granville Rd. Dublin, OH

**STATEMENT OF SERVICE FEES**

| TRAVEL pd | SERVICES pd | TOTAL $0.00 pd |
|---|---|---|

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-18-04
　　　　　　　　Date　　　　　　　　　　　　Signature of Server

370 S. Front St. Columbus, OH 43215
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED
IN CLERKS OFFICE

2004 JUN -1 P 3: 57   MAY 24 2004

U.S. DISTRICT COURT
DISTRICT OF MASS

State of Ohio         }
                      } ss         AFFIDAVIT
County of Franklin    }

I, Craig C. Rau, Deputy Sheriff of Franklin County, State of Ohio, make oath that on 5/11/2004, at 12:14 PM I served Wendy'S by Resident Service at 4288 W Dublin Granville, Dublin, with a true copy of the Summons, Complaint, in case number 0410856MEL.

_____
Deputy Sheriff

Sworn to before me and signed in my presence this 18th of May, 2004.

_____
Notary Public, State of Ohio

SUE ANN LAWSON
NOTARY PUBLIC - STATE OF OHIO
My Commission Expires 1-9-08