UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HOWARD KAPLAN,
    Plaintiff,

v.                        CIVIL ACTION NO. 104-CV-10856-MEL

WEND MANAGEMENT, INC.,
WENDY'S OLD FASHIONED
HAMBURGERS OF NEW YORK,
    Defendants.

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS COUNT II OF HIS COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Howard Kaplan requests the Court to grant this Motion for Enlargement of time to file an Opposition to the Defendants' Motion to Dismiss Count II of the Plaintiff's Complaint, from June 24, 2004 up to and including July 6, 2004. As grounds for this motion, counsel for the Plaintiff states that, as a result of other deadlines also on June 24, 2004, his counsel requires additional time to oppose the Defendants' Motion to Dismiss.

                                    Respectfully submitted,
                                    HOWARD KAPLAN,
                                    By his attorneys,

                                    /s/ Rebecca G. Pontikes
                                    Shannon Liss-Riordan, BBO #640716
                                    Rebecca G. Pontikes, BBO # 637157
                                    PYLE, ROME, LICHTEN, & EHRENBERG, P.C.
                                    18 Tremont Street, Suite 500
                                    Boston, Massachusetts 02108
DATE: June 22, 2004            (617) 367-7200

1

## CERTIFICATE OF SERVICE

This is to certify that on June 22, 2004, a copy of the above document was served via first class mail, upon Kathryn Connors Soderberg, Davis, Malm & D'Agostine, P.C., One Boston Place, Boston, MA 02108.

_____
Rebecca G. Pontikes