UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HOWARD KAPLAN,<br>    Plaintiff,<br><br>v.<br><br>WEND MANAGEMENT, INC.,<br>WENDY'S OLD FASHIONED<br>HAMBURGERS OF NEW YORK,<br>    Defendants. | CIVIL ACTION NO. 104-CV-10856-MEL |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO RESCHEDULE MOTION TO DISMISS HEARING**

Plaintiff respectfully moves the Court to reschedule the hearing for the Defendant's Motion to Dismiss Hearing from September 9, 2004 to October 19, 2004. Rebecca G. Pontikes, attorney for the Plaintiff, is unavailable that day due to an all day deposition which cannot be rescheduled. Attorney for the Defendant, Kathryn Connors Soderberg, does not oppose the Plaintiff's Motion to Reschedule.

Respectfully submitted,
HOWARD KAPLAN,
By his attorneys,

_/s/ Rebecca G. Pontikes_
Shannon Liss-Riordan, BBO #640716
Rebecca G. Pontikes, BBO # 637157
PYLE, ROME, LICHTEN, EHRENBERG, & LISS-RIORDAN P.C.
18 Tremont Street, Suite 500
Boston, Massachusetts 02108
(617) 367-7200

DATE: September 1, 2004

2

## CERTIFICATE OF SERVICE

      This is to certify that on September 1, 2004, a copy of the foregoing document was served upon Kathryn Connors Soderberg, Davis, Malm & D'Agostine, P.C., One Boston Place, Boston, MA 02108 by first class mail.

/s/ Rebecca G. Pontikes
Rebecca G. Pontikes

2