UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10856MEL

| | |
|---|---|
| HOWARD KAPLAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| WEND MANAGEMENT, INC., WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendants, Wend Management, Inc. and Wendy's Old Fashioned Hamburgers of New York in the above-entitled action.

WEND MANAGEMENT, INC. and
WENDY'S OLD FASHIONED
HAMBURHGERS OF NEW YORK

By their attorneys,

John J. Ryan, Jr.
BBO #435620
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

### CERTIFICATE OF SERVICE

I, John J. Ryan, hereby certify that on October 20, 2004, I served a copy of the within document upon the plaintiff by serving his counsel first class mail, postage prepaid and telecopy to: Shannon Liss-Riordan, Esq, 18 Tremont Street, Suite 500, Boston MA, 02108

John J. Ryan