UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10856MEL

| | |
|---|---|
| HOWARD KAPLAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| WEND MANAGEMENT, INC., | ) |
| WENDY'S OLD FASHIONED | ) |
| HAMBURGERS OF NEW YORK, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO WITHDRAW THEIR MOTION
TO DISMISS COUNT II OF PLAINTIFF'S COMPLIANT
WITHOUT PREJUDICE**

Now come the defendants, Wend Management, Inc. and Wendy's Old Fashioned
Hamburgers of New York, who move to withdraw their Motion to Dismiss Count II of
Plaintiff's Complaint previously submitted to this Court. Defendants withdraw said
motion without prejudice thereby reserving all rights and claims made under the
Defendants' original motion as such claims may be asserted at a later time. There is no
opposition to Defendants' motion to withdraw.

WHEREFORE, the Defendants respectfully request that the Court grant this
motion to withdraw their Motion to Dismiss Count II of the Plaintiff's Complaint without
prejudice.

Respectfully Submitted,

John J. Ryan Jr., BBO# 435620
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, Massachusetts 02110
(617) 988-8050

CERTIFICATE OF SERVICE

I, John J. Ryan, hereby certify that on October 20, 2004, I served a copy of the within document upon the plaintiff by
serving his counsel first class mail, postage prepaid and telecopy to: Shannon Liss-Riordan, Esq, 18 Tremont Street, Suite 500, Boston
MA, 02108

John J. Ryan