UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10856MEL

| | |
|---|---|
| HOWARD KAPLAN,<br><br>   Plaintiff,<br><br>v.<br><br>WEND MANAGEMENT, INC.,<br>WENDY'S OLD FASHIONED<br>HAMBURGERS OF NEW YORK,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

  Please enter my appearance as attorney for the defendants, Wend Management, Inc. and Wendy's Old Fashioned Hamburgers of New York in the above-entitled action.

                WEND MANAGEMENT, INC. and
                WENDY'S OLD FASHIONED
                HAMBURHGERS OF NEW YORK

                By their attorneys,


                /s/ Mathew P. Barry
                Mathew P. Barry
                BBO #657559
                Ryan, Coughlin & Betke, LLP
                175 Federal Street
                Boston, MA 02110
                (617) 988-8050

Dated: December 10, 2004