UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10856MEL

| | |
|---|---|
| HOWARD KAPLAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| WEND MANAGEMENT, INC., WENDY'S OLD FASHIONED HAMBURGERS OF NEW YORK, | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Wend Management, Inc. states that it is not a publicly-held company and that it has no parent companies, subsidiaries, or affiliates that have issued shares to the public. Defendant Wendy's Old Fashioned Hamburgers of New York, Inc. states that it is a wholly owned subsidiary of Wendy's International, Inc. which is a publicly-held company.

Respectfully Submitted
Defendants
By its attorneys,

/s/ John J. Ryan, Jr.
John J. Ryan, Jr. BBO #435620
Mathew. P. Barry BBO#657559
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050