UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10856MEL

| | |
|---|---|
| HOWARD KAPLAN,<br><br>　　　　Plaintiff,<br>v.<br><br>WEND MANAGEMENT, INC.,<br>WENDY'S OLD FASHIONED<br>HAMBURGERS OF NEW YORK,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  BBO#554526<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as an attorney for the defendants, Wend Management, Inc. and Wendy's International, Inc., as defendant Wendy's Old Fashioned Hamburgers of New York was improperly named as a defendant in the above-entitled action.

　　　　　　　　　　　　　　　　WEND MANAGEMENT, INC. and
　　　　　　　　　　　　　　　　WENDY'S INTERNATIONAL, INC.

　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　 /s/ Emily G. Coughlin
　　　　　　　　　　　　　　　　Emily G. Coughlin, Esq.
　　　　　　　　　　　　　　　　BBO #554526
　　　　　　　　　　　　　　　　Ryan, Coughlin & Betke, LLP
　　　　　　　　　　　　　　　　175 Federal Street
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　(617) 988-8050

Dated: April 25, 2005