UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 104-CV-10856 MEL

|  |  |
|---|---|
| HOWARD KAPLAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| WEND MANAGEMENT, INC., WENDY'S INTERNATIONAL, INC, | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Wendy's International, Inc. states that it does not have any parent corporations and no publicly held company owns 10% or more of its stock. A Corporate Disclosure statement has previously been filed for defendant Wend Management, Inc.

Respectfully Submitted
Defendants
By its attorney,

/s/ John J. Ryan, Jr.
John J. Ryan, Jr. BBO #435620
Mathew. P. Barry BBO#657559
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, MA 02110
(617) 988-8050

Dated: May 17, 2005