UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HOWARD KAPLAN,        )<br>       Plaintiff,                )<br>                                          )<br>                                          )<br>v.                                       )<br>                                          )<br>WEND MANAGEMENT, INC.,  )<br>WENDY'S INTERNATIONAL, INC.)<br>                                          )<br>       Defendants.             )<br>                                          ) | CIVIL ACTION NO. 104-CV-10856-MEL |

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND DISCOVERY

The parties respectfully move the Court to extend the current discovery deadline by 90 days. As reasons for this Motion, the parties state that they are currently engaged efforts to settle this matter and they appear to be close to a settlement. Because the continued accrual of attorney's fees will impede settlement, the parties seek to continue discovery by ninety (90) days. In the event that settlement negotiations fail, the parties must take depositions, resolve discovery disputes, and issue follow up document discovery. Currently, discovery is set to close on June 15, 2006. The parties propose that discovery close on September 6, 2006.

                Respectfully submitted,
                HOWARD KAPLAN,
                By his attorneys,

                   s/Rebecca G. Pontikes
                Rebecca G. Pontikes BBO# 637157
                Shannon Liss-Riordan, BBO #640716
                Pyle, Rome, Lichten & Ehrenberg,
                    Liss-Riordan, P.C.
                18 Tremont St., Ste. 500
                Boston, MA 02108

Dated: June 15, 2006         (617) 367-7200

WEND MANAGEMENT, INC.,
WENDY'S INTERNATIONAL, INC.,
By their attorneys,


___s/John J. Ryan_____
John J. Ryan, Esq. BBO# 435620
Mathew P. Barry, Esq. BBO#657559
Ryan, Coughlin & Betke, LLP
175 Federal Street
Boston, Massachusetts 02110
(617) 988-8050

Date:  June 15, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that on June 15, 2006, I caused a copy of this document to be served by electronic filing on John Ryan, Ryan, Coughlin & Betke, LLP, 175 Federal Street, Boston MA 02110.

___s/Rebecca G. Pontikes_____
