UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

CIVIL ACTION NO. 104-CV-10856-MEL

2007 JAN 26 P 12: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| HOWARD KAPLAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | BBO#435620 |
| ) | |
| WEND MANAGEMENT, INC., ) | |
| WENDY'S INTERNATIONAL, INC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come all parties to the above-captioned matter and hereby stipulate, pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii), to the dismissal of all claims as to all parties in the above-captioned matter with prejudice, without interest, without costs and with all rights of appeal therefrom waived.

| | |
|---|---|
| Howard Kaplan | Wend Management, Inc. |
| Plaintiff, | Defendant |
| By his attorneys, | By its attorney, |
| | |
| _____ | _____ |
| Shannon Liss-Riordan, Esq. | John J. Ryan, Jr., Esq. |
| Rebecca G. Pontikes, Esq. | Ryan, Coughlin & Betke, LLP |
| Pyle, Rome, Lichten & Ehrenberg, P.C. | 175 Federal Street |
| Suite 500 | Boston, MA 02110 |
| 18 Tremont Street | 617-988-8050 |
| Boston, MA 02108 | |
| 617-367-7200 | |

Dated: January 17, 2007

Wendy's International, Inc.
Defendant
By its attorney,

*(signature)*

Gary Feldman, Esq.
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108

2